December 23, 2014



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

JAMIE GENENDER AND CRITTER STUFF, LLC, Appellants

NO. 14-14-00048-CV                          V.

USA STORE FIXTURES, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, USA Store Fixtures, LLC, signed October 16, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete the following paragraph from the judgment:

> It is hereby ORDERED that Jamie Michele Genender and Critter Stuff, L.L.C., jointly and severally, pay to USA Store Fixtures the amount of $38,000, representing the reasonable and necessary attorneys' fees in this case and a contingent award of attorneys' fees in the amount of $20,000 if this case is appealed to the Court of Appeals, and $20,000 if this case is appealed to the Supreme Court of Texas.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.